*In re* FRANCISCO L. GARCÍA ENCHAUTEGUI.

*Número:* AB-2004-189        *Resuelto:* 30 de junio de 2005

*Harry Anduze Montano*, abogado del peticionario; *Francisco L. García Enchautegui*, abogado peticionario.

## RESOLUCIÓN

Acogido el escrito presentado por el querellado como una solicitud de reinstalación, "con lugar" como se pide.

Se reinstala a Francisco L. García Enchautegui al ejercicio de la abogacía y se le apercibe de que en el futuro debe ser más diligente en acatar las órdenes del Tribunal y contestar los requerimientos del Colegio de Abogados.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

> (*Fdo.*) Aida Ileana Oquendo Graulau
> *Secretaria del Tribunal Supremo*